# Court of Appeals
# of the State of Georgia

ATLANTA, _October 14, 2025_____

*The Court of Appeals hereby passes the following order:*

**A26D0092. ANA JANE IVACOVE v. DENNIS IVAKHOV.**

In this divorce action, the trial court entered a final judgment and decree of divorce on June 26, 2025. Ana Jane Ivacove filed a direct appeal from that order, which we dismissed for failing to follow the discretionary appeals procedure. See Case No. A26A0182 (Sept. 16, 2025). Ivacove then filed this application on September 18, 2025. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). While Ivacove filed this application within 30 days of our dismissal of her direct appeal, she had to file the application within 30 days of the trial court's order. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Ivacove filed this application 53 days after the trial court's order. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,__10/14/2025_____

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.